**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Shana Denny, Individually and All
Others Similarly Situated,

  Plaintiff,

  vs.

Colgate Palmolive Company and
Tom's of Maine,

  Defendants.

6:24-CV-02129-WWB-RMN

<u>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**</u>

Plaintiff Shana Denny, by and through her undersigned counsel of record, gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that she hereby voluntarily dismisses this action without prejudice.

(i) Defendants have not filed an answer or a motion for summary judgment in this matter;

(ii) Plaintiff has not filed a motion for class certification;

(iii) The claims of the putative class are dismissed without prejudice;

(iv) The parties shall bear their own costs, expenses, and fees.

1

Date: December 22, 2025.

Respectfully submitted,

s/William C. Wright

WILLIAM WRIGHT
The Wright Law Office, P.A.
FL Bar No. 138861
515 N. Flagler Drive, Suite 350
West Palm Beach, FL 33401
Telephone: (561) 514-0904
willwright@wrightlawoffice.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on December 22, 2025, a true and correct copy of

the foregoing was electronically filed with the Clerk of the Court using CM/ECF,

which will serve as a Notice of Electronic Filing on all counsel of record.

s/William C. Wright